UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BORMUTH,

    Plaintiff,

v.

RUTH JOHNSON and
BILL SCHUETTE,

    Defendants.
_____/

Case No. 16-13166

Honorable Nancy G. Edmunds

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and the Magistrate Judge's June 16, 2017 report and recommendation, in accordance with 28 U.S.C. § 636(b)(1), and for the reasons set forth in an opinion and order issued this same date;

The report and recommendation of the Magistrate Judge is hereby accepted and adopted as the findings and conclusions of the Court.  In light of this determination, as well as the Court's adoption of a prior report and recommendation in a January 10, 2017 opinion and order,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion to dismiss [10] is GRANTED, and that Plaintiff's complaint is hereby DISMISSED.

SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated:  August 1, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2017, by electronic and/or ordinary mail.

                                        s/Carol J. Bethel
                                        Case Manager