# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 26, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 17-2053, *Peter Bormuth v. Ruth Johnson*
Originating Case No. : 2:16-cv-13166

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. Peter Carl Bormuth
    Mr. John G. Fedynsky

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-2053

_____

Filed: March 26, 2018

PETER CARL BORMUTH

    Plaintiff - Appellant

v.

RUTH JOHNSON, Michigan Secretary of State

    Defendant - Appellee


## MANDATE

Pursuant to the court's disposition that was filed 03/02/2018 the mandate for this case hereby issues today.


COSTS: None